IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| THERESE SCRIBNER and RESOURCE RECRUITERS, INC., a Texas Corporation, | § § § | |
| Plaintiffs, | § § | |
| V. | § § | 3:91-CV-2667-R |
| WAFFLE HOUSE, INC., | § § | |
| Defendant. | § § | |

### ORDER

IT IS HEREBY ORDERED that pursuant to the stipulation of Plaintiffs Therese Scribner and Resource Recruiters, Ltd. and Intervenor, the Law Office of Windle Turley, P.C. the Intervention filed by Intervenor in Case No. 3-91-2667-R is hereby dismissed with prejudice.

Each side shall bear its own costs including any and all attorneys' fees incurred.

IT IS SO ORDERED.

Dated: October 6, 1999

_____
Chief Judge of the United States District Court

### EXHIBIT "A"

80288

179